# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 07, 2022

Mr. Calvin B. Grigsby
Grigsby & Associates
2406 Saddleback Drive
Danville, CA 94506

Re: Case No. 22-1288, *City of Highland Park, MI v. EPA, et al*
Originating Case No.: 2:16-cv-13840

Dear Counsel,

This appeal has been docketed as case number **22-1288** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 21, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                      Sincerely,

                                        s/Antoinette Macon
                                        Case Manager
                                        Direct Dial No. 513-564-7015

cc:  Mr. Matthew R. Cassar
     Mr. John Francis Rhoades

Enclosure

Case: 22-1288     Document: 1     Filed: 04/07/2022     Page: 2

OFFICIAL COURT OF APPEALS CAPTION FOR 22-1288

CITY OF HIGHLAND PARK, MI

    Plaintiff - Appellant

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

    Defendant

and

GREAT LAKES WATER AUTHORITY; SUSAN MCCORMICK

    Defendants - Appellees